```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND
```

ROCK CREEK CAPITAL, LLC  :
a/k/a Rock Creek         :
                         :
    v.                      :   Civil Action No. DKC 24-284
                         :
JESSE E. JOHNSON, et al. :
                         :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 6th day of February, 2024, by the United States District Court for the District of Maryland, ORDERED that:

    1.  Removing defendant is directed to supplement the notice of removal within ten days with information on the citizenship of Rock Creek Capital, LLC's members. Failure to do so will result in an order of remand;

    2.  Plaintiff must file a motion to remand if it objects to removal based on the forum defendant rule; and

    3.  The Clerk will transmit copies of the Memorandum Opinion and this Order to Defendant Johnson and to counsel for Plaintiff.

                                                          /s/
                                        DEBORAH K. CHASANOW
                                        United States District Judge